IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-11-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| HEATHER KATHLEEN COFFEE and LANCE JORDAN COURCHANE, | |
| Defendants. | |

Before the Court is the government's unopposed motion for final order of forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

2. A Preliminary Order of Forfeiture was entered on July 12, 2023. (Doc. 50.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 51.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

1

Accordingly, IT IS ORDERED that:

1. The motion for final order of forfeiture (Doc. 59) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11), free from the claims of any other party, the following property:

- (1) Rock Island Armory, Model: M1911A, Caliber/Gauge: .380 Auto, Serial Number: RIA2485318 and ammunition; and
- (1) Sig Sauer, Model: P320, Caliber/Gauge: 9mm, Serial Number: 58J145670 and ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 3rd day of October, 2023.

_____
Donald W. Molloy, District Judge
United States District Court